# RICHARD H. ROSENBERG
ATTORNEY AT LAW

217 BROADWAY
SUITE 707
NEW YORK, NEW YORK 10007

TEL: 212-586-3838
FAX: 212-962-5037
richrosenberg@msn.com

May 15, 2024

Hon. Edgardo Ramos
United States District Court
U.S. Courthouse
40 Foley Squaret
New York, New York 10007

**MEMO ENDORSED**

Re: United States v. Cesari, et al
24 Cr. 154 (ER)

Dear Judge Ramos:

    I am the assigned CJA counsel for defendant **Luis Izquierdo** in the above referenced case. I write today to respectfully request authorization for the expenditure of CJA funds to retain the services of Clara S. Kalhous, Esq. as associate counsel to assist me in defending Mr. Izquierdo. Attorney Kalhous has assisted several S.D.N.Y. counsels, including me on many occasions, as an associate counsel. Her assistance is always first rate. Ms. Kalhous is experienced and adept at reviewing digital discovery, preparing legal memoranda, client relationships, as well as preparing for and assisting at trial and appellate practice. She would be an invaluable addition to Mr. Izquierdo's defense.

    Should Your Honor be inclined to grant this application it is respectfully requested that attorney Kalhous be approved at the rate of $125.00 per hour for an initial period of 40 hours with leave to request additional funding should the need arise. Of course, every effort will be made to avoid duplication of the work load.

    Thank you for your consideration to this request and continued courtesies to counsel.

Respectfully submitted,

Richard H. Rosenberg

cc.: Clara Kalhous, Esq.

---

The application to appoint Clara Klhouse as associate counsel is granted.
SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: 5/16/2024
New York, New York