

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

**MEMO ENDORSED**

January 7, 2025

**BY ECF AND E-MAIL**
The Honorable Edgardo Ramos
United States District Judge
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

    Re:    *United States v. Luis Izquierdo*, 24 Cr. 154-3 (ER)

Dear Judge Ramos:

    The Government respectfully writes on behalf of both parties to request that the Court schedule a change of plea hearing in the above-captioned case. The Government understands that a time that works for the Court and the parties is **Wednesday, January 15, at 4:00 p.m.**

Respectfully submitted,

EDWARD Y. KIM
Acting United States Attorney

By: _____
Joseph H. Rosenberg
Adam Z. Margulies
Assistant United States Attorneys
Southern District of New York
(212) 637-2326/-2345

> A change of plea hearing will be held on January 15, 2025, at 4 p.m.
> SO ORDERED.
>
> _____
> Edgardo Ramos, U.S.D.J.
> Dated: 1/8/2025
> New York, New York

cc (by ECF and e-mail):    Richard H. Rosenberg, Esq.
                             Clara S. Kalhous, Esq.