# RICHARD H. ROSENBERG
## ATTORNEY AT LAW

217 BROADWAY
SUITE 707
NEW YORK, NEW YORK 10007

TEL: 212-586-3838
FAX: 212-962-5037
richrosenbergesq@gmail.com

January 16, 2025

Hon. Edgardo Ramos
United States District Court
U.S. Courthouse
40 Foley Squaret
New York, New York 10007

**MEMO ENDORSED**

Re: United States v. Cesari, et al
24 Cr. 154 (ER)

Dear Judge Ramos:

I write today to respectfully request permission to submit an interim CJA voucher for services thus far rendered by me and appointed associate counsel Clara Kalhous, Esq. on behalf of defendant **Luis Izquierdo**. Mr. Izquierdo is scheduled for sentencing on April 17, 2025. The granting of this application would assist counsel in the management of their practices.

Thank you for your consideration to this request and continued courtesies to counsel.

Respectfully submitted,

Richard H. Rosenberg

---

The application for leave to submit an interim CJA voucher is granted.
SO ORDERED.

Edgardo Ramos, U.S.D.J.
Dated: 1/17/2025
New York, New York