```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------X
                                     :
UNITED STATES OF AMERICA             :
                                     :   Docket #1:24-CR-00154-ER-3
     -against-                       :   ORDER
                                     :
Luis Izquierdo                       :
                                     :
        Defendant                    :
                                     :
-------------------------------------X
```

Edgardo Ramos, United States District Judge:

It is hereby ORDERED that the defendant's bail is modified to include substance abuse testing and treatment at the direction of Pretrial Services.

Dated: New York, New York
       April __15__, 2025

SO ORDERED:

_____
Edgardo Ramos
United States District Judge